JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERTHA RODRIGUEZ, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MACY'S WEST STORES, INC., an Ohio corporation; MACY'S CORPORATE SERVICES, INC., an Ohio corporation; and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No.: CV 21-364-DMG (GJSx)<br><br>**ORDER RE ARBITRATION OF PLAINTIFF'S CLAIMS AND STAYING THIS MATTER PENDING THE COMPLETION OF ARBITRATION [10]** |

Having read the Parties' Joint Stipulation to Submit Plaintiff's Claims to Arbitration and Stay this Matter Pending the Completion of the Arbitration, and GOOD CAUSE appearing therefor,

**IT IS HEREBY ORDERED** that Plaintiff shall arbitrate her claims in her Complaint against Defendants in accordance with the terms of the Solutions InSTORE arbitration agreement;

**IT IS FURTHER ORDERED** that this matter shall be and is stayed and administratively closed pending completion of the arbitration, all scheduled dates are VACATED; and

**IT IS FURTHER ORDERED** that, within 10 days after the conclusion of arbitration proceedings and issuance of an arbitration ruling or resolution of the parties' dispute, the parties shall file a Joint Status Report advising the Court whether the stay should be lifted and, if necessary, submitting a proposed schedule in accordance with the Court's Order Scheduling Meeting of Counsel [Doc. # 7].

DATED: February 17, 2021

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE