UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | **CV 21-364-DMG (GJSx)** | Date | September 23, 2022 |
| Title | ***Bertha Rodriguez v. Macy's West Stores, Inc., et al.*** | Page | 1 of 1 |

Present: The Honorable   DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| KANE TIEN | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| None Present | None Present |

**Proceedings: IN CHAMBERS—ORDER TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED FOR FAILURE TO FILE A JOINT STATUS REPORT**

The parties were required to file a Joint Status Report regarding the outcome of the arbitration in this matter by May 14, 2022. [*See* Doc. ## 11 (ordering parties to file a joint status report within 10 days after issuance of an arbitration ruling), 12 (Defendant's status report stating the Arbitrator issued a final award on May 4, 2022).] The parties failed to do so, instead filing unilateral status reports on September 8, 2022. [*See* Doc. ## 12, 13.] The parties are therefore **ORDERED** to show cause why sanctions should not be imposed for their failure to file a joint status report by the due date.

The Court has nevertheless reviewed the parties' unilateral status reports. By no later than **October 3, 2022**, the parties shall file a *joint* status report regarding whether the Court should lift the stay to permit Defendant to file a motion to confirm the arbitration award and to permit Plaintiff to amend her Complaint to assert a claim for breach of contract, which may then be arbitrated.

**IT IS SO ORDERED.**