JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERTHA RODRIGUEZ,<br><br>             Plaintiff,<br><br>   v.<br><br>MACY'S WEST STORES, INC., an Ohio corporation, and MACY'S CORPORATE SERVICES, INC., an Ohio corporation,<br><br>             Defendants. | Case No. CV 21-364-DMG (GJSx)<br><br>**JUDGMENT** |

Pursuant to the Court's Order granting Defendants' unopposed motion to confirm arbitration award, filed December 1, 2022,

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that judgment is entered in favor of Defendants Macy's West Stores, Inc., and Macy's Corporate Services, Inc., and against Plaintiff Bertha Rodriguez.

DATED: December 1, 2022

                                                DOLLY M. GEE<br>
                                    UNITED STATES DISTRICT JUDGE